# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CE14 | 9166004 | CARAYAG | 1467 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 10/10/2024 / 1320
Offense Charged: ☒ CFR ☐ USC ☐ State Code: 38 CFR 1.218(b)(11)
Place of Offense: 11201 BENTON ST, LOMA LINDA CA 92357
Offense Description: Factual Basis for Charge: DISORDERLY CONDUCT
HAZMAT ☐

### DEFENDANT INFORMATION
Phone: ███-███-0306
Last Name: HOLMES
First Name: MYLES
M.I.: T
Street Address: [redacted]

### APPEARANCE IS REQUIRED
A ☐ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 250 Forfeiture Amount
+ $30 Processing Fee
$ 280.00 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
Court Address: Federal Court Bldg, Courtroom 1, 3470 12th St, Riverside CA 92501
Date: 12-3-24
Time: 0900

X Defendant Signature: [signed]

Original - CVB Copy

*9166004*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
☐ my personal observation  ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____ Date (mm/dd/yyyy)  Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident